IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
APR 12 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiffs,               )   No. CR-09-203-AWI
                                    )
     vs.                            )   ORDER OF RELEASE
                                    )
RHONDA ROCHELLE REED,               )
                                    )
          Defendant.                )
_____)

The above named defendant having been sentenced on April 11, 2011 to TWO MONTHS which will end on April 14, 2011,

IT IS HEREBY ORDERED that the defendant shall be released on April 14, 2011. A certified Judgment and Commitment order to follow.


DATED: 4-12-11

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1