Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Rhonda Rochelle REED |
| **Docket Number:** | 1:09CR00203-001 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/09/2009 |
| **Original Offense:** | 18 USC 287 and 2 False Claims and Aiding and Abetting (CLASS D FELONY) |
| **Original Sentence:** | 3 years probation; $8,636.00 restitution; $100 special assessment; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) 20 hours community service in lieu of employment; 8) Aftercare co-payment; 9) Cooperate with IRS |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 07/15/2011 |
| **Assistant U.S. Attorney:** | Stanley A. Boone        **Telephone:** 559-497-4000 |
| **Defense Attorney:** | Peggy Sasso        **Telephone:** 559-487-5561 |

**Other Court Action:**

**02/02/2010**:    Form 12A, Report of Offender Non-Compliance. The Court was notified of violation conduct involving use of prescription medication for which

RE: **RHONDA ROCHELLE REED**
Docket Number:  1:09CR00203-001 AWI
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

|  |  |
|---|---|
|  | the offender did not have a prescription. The Court approved the probation officer's plan to admonish the offender and refer her for a substance abuse assessment, and ordered no further action. |
| **03/17/2010**: | Form 12A, Report of Offender Non-Compliance. The Court was notified of violation conduct involving the failure of the offender to complete her Court-ordered 20 hours per week of community service in lieu of work or participation in an approved educational or vocational program, such as the Welfare to Work program. The Court approved the probation officer's plan to increase supervision. |
| **12/22/2010**: | Form 12C, Petition for Warrant, filed with the Court, charging: 1) Failure to Notify of Change in Residence; 2) Use of a Controlled Substance; 3) Failure to Participate in Substance Abuse Counseling Appointment as Directed; 4) Failure to Complete Community Service in Lieu of Work; and 5) New Law Violation. On December 23, 2010, a no-bail federal arrest warrant was issued. |
| **02/15/2011**: | The probationer was arrested on the no-bail federal arrest warrant and booked into custody at the Alameda County Jail. |
| **02/25/2011**: | The probationer made her initial appearance in Magistrate Court and denied all allegations in the Petition. In addition, she was ordered to remain detained and the matter was continued for a Status Conference. |
| **03/16/2011:** | The probationer admitted the Charges 1 through 4 as alleged in the Petition.  Charge 5 was dismissed. |
| **04/11/2011:** | Probation was revoked, and probationer was sentenced to the Bureau of Prisons for 2 months, followed by 24 months of supervised release. |
|  | <u>Special conditions</u>:  1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) Drug/alcohol testing; 6) Aftercare co-payment; 7) 90 days Westcare residential treatment; 8) 60 days in residential community corrections center. |

**PETITIONING THE COURT**

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:     **RHONDA ROCHELLE REED**
        **Docket Number:  1:09CR00203-001 AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


**To modify the conditions of supervision as follows:**

1.      The defendant shall reside and participate in a residential community corrections center for a period of up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On April 15, 2011, Ms. Reed commenced a 60-day public law placement at GeoCare, a residential reentry center in San Francisco.   In that she eventually plans to relocate to Oakland, California, GeoCare has requested an extension of "up to 120 days" to help facilitate the transfer to the Oakland facility where Ms. Reed will be able to further develop a residential plan as well as secure employment.  Ms. Reed is in agreement with this recommendation and has signed a Probation Form 49a Waiver.

                                Respectfully submitted,


                                 */s/ Hubert J. Alvarez*
                                **HUBERT J. ALVAREZ**
                                **Supervising United States Probation Officer**
                                Telephone:  559-499-5727


**DATED:**      July 15, 2011
                Fresno, California
                HJA:mb



**REVIEWED BY:**      */s/ Robert A. Ramirez* **for:**
                      **RICK C. LOUVIERE**
                      **Assistant Deputy Chief United States Probation Officer**

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE: **RHONDA ROCHELLE REED**
   **Docket Number:  1:09CR00203-001 AWI**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


cc:   United States Probation
      Stanley A. Boone, Assistant United States Attorney
      Peggy Sasso, Defense Counsel
      Defendant
      Court File

IT IS SO ORDERED.

Dated:   July 22, 2011                              _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE